

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | STANLEY A. BOONE |
| | Assistant U.S. Attorney |
| 3 | 4401 Federal Building |
| | 2500 Tulare Street |
| 4 | Fresno, California 93721 |
| | Telephone: (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF: | ) | 07-SW-00169 SMS |
| --- | --- | --- |
| | ) | 07-SW-00167 SMS |
| 8200 Stockdale Highway, #K4 | ) | 07-SW-00174 SMS |
| Bakersfield, California 93311 | ) | 07-SW-00173 SMS |
| | ) | 07-SW-00172 SMS |
| 3700 Gosford Road, Suite C | ) | 07-SW-00179 SMS |
| Bakersfield, California 93309 | ) | 07-SW-00178 SMS |
| | ) | 07-SW-00168 SMS |
| 12504 Crown Crest Drive | ) | 07-SW-00171 SMS |
| Bakersfield, California 93311 | ) | 07-SW-00175 SMS |
| | ) | 07-SW-00176 SMS |
| 10509 New Quay Court | ) | 07-SW-00177 SMS |
| Bakersfield, California 93311 | ) | |
| | ) | ORDER TO UNSEAL SEARCH WARRANT |
| 12716 Crown Crest Drive | ) | AFFIDAVIT AND WARRANTS |
| Bakersfield, California 93311 | ) | |
| | ) | |
| 5208 Glacier Canyon Court | ) | |
| Bakersfield, California 93313 | ) | |
| | ) | |
| 12403 Crown Crest Drive | ) | |
| Bakersfield, California 93311 | ) | |
| | ) | |
| 11503 Walderi Street | ) | |
| Bakersfield, California 93311 | ) | |
| | ) | |
| 11713 Covent Gardens Drive | ) | |
| Bakersfield, California 93311 | ) | |
| | ) | |
| 4500 California Avenue, Ste 209 | ) | |
| Bakersfield, California 93309 | ) | |
| | ) | |
| 12004 Bedfordshire Drive | ) | |
| Bakersfield, California 93311 | ) | |
| | ) | |
| 11911 Crockett Court | ) | |
| Bakersfield, California | ) | |
| | ) | |
| 10800 Strattong Court | ) | |
| Bakersfield, California | ) | |
| | ) | |

1

1  The search warrant affidavit in this case having been sealed
2  by Order of its Court on September 11, 2007, and it appearing that
3  the affidavit and warrant are not required to remain secret based
4  upon the motion submitted by the government,

5  IT IS HEREBY ORDERED that the search warrant affidavits and
6  warrants be unsealed and made public record.

DATED: Aug. 10, 2011

_____
UNITED STATES MAGISTRATE JUDGE
SM SNYDER